UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| NUVASIVE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHRISTOPHER LEDUFF, )<br>Gregory Soufleris, and )<br>Absolute Medical Systems, LLC )<br>)<br>Defendants. )<br>) | Civil Case No. 2:19-cv-00698-SPC-NPM |

**AMENDED MOTION FOR ADMISSION PRO HAC VICE
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

The undersigned, pursuant to Local Rule 2.02, submits this Amended Motion for Admission Pro Hac Vice and Written Designation and Consent to Act and states as follows:

1. The undersigned, a member in good standing of the United States District Court, Northern District of Georgia, designates Christopher Y. Mills, Esq., of the law firm of Busch, Slipakoff, Mills & Slomka LLC located at 319 Clematis Street, Suite 109 West Palm Beach, Florida 33401, as the resident attorney upon whose behalf he shall act in the above styled case.

2. All notices and papers may be served on Chris Mills, Esq., who will remain responsible for the progress of the case, including trial in the event of default of Bryan E. Busch.

Dated: October 24, 2019

/s/Bryan Busch
Bryan E. Busch
Georgia Bar No. 006055
**BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC**
2859 Paces Ferry Road SE, Suite 1700 Atlanta, GA 30339
(404) 800-4062
bb@bsms.law
Attorneys for Defendants

## CONSENT TO ACT

Christopher Y. Mills, Esq, a member in good standing of the Middle District of Florida, hereby consents to Bryan E. Busch, Esq., acting on his behalf.

/s/ Christopher Mills Chris Mills, Esq.
Florida Bar No. 72207
**BUSCH SLIPAKOFF MILLS & SLOMKA, LLC**
319 Clematis Street, Suite 109 West Palm Beach, Florida 33401 (561) 408-0019
cm@bsms.law
Attorneys for Defendants

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules, United States District Court for the Middle District of Florida, counsel for the Plaintiff confirmed via telephone that he does not oppose the relief in this Motion.

/s/ Christopher Mills Chris Mills, Esq.
Florida Bar No. 72207
**BUSCH SLIPAKOFF MILLS & SLOMKA, LLC**
319 Clematis Street, Suite 109 West Palm Beach, Florida 33401 (561) 408-0019
cm@bsms.law
Attorneys for Defendants


/s/Bryan Busch
Bryan E. Busch
Georgia Bar No. 006055
**BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC**
2859 Paces Ferry Road SE, Suite 1700 Atlanta, GA 30339
(404) 800-4062
bb@bsms.law
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record and CM/ECF participants.

    Diana N. Evans, Esquire
    Bradley Arant Boult Cummings LLP
    100 North Tampa Street, Suite 2200
    Tampa, Florida 33602
    dnevans@Bradley.Com
    Attorney for Plaintiff

    Christopher W. Cardwell, Esquire
    Pro Hac Vice
    Gullett, Sanford, Robinson & Martin, PLLC
    150 Third Avenue South, Suite 1700
    Nashville, TN 37201
    ccardwell@gsrm.Com
    Attorney for Plaintiff

*/s/ Chris Mills*
Chris Mills, Esq.
Florida Bar No. 72207
BUSCH, SLIPAKOFF, MILLS & SLOMKA, LLC
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
(561) 408-0019
cm@bsms.law
Attorneys for Defendants