**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| NUVASIVE, INC. )<br>)<br>)<br>    Plaintiff, )<br>)<br>VS )<br>)<br>CHRISTOPHER LeDUFF, GREGORY )<br>SOUFLERIS, and ABSOLUTE MEDICAL )<br>SYSTEMS, LLC, )<br>)<br>    Defendants. )<br>_____ ) | Case No.: 2:19-cv-00698-SPC-NPM |

**DEFENDANTS' NOTICE OF ARBITRATION STATUS**

COME NOW Defendants, Christopher LeDuff, Gregory Soufleris, and Absolute Medical Systems, LLC (collectively, "Defendants"), by and through undersigned counsel, and pursuant to this Court's June 30, 2020 Order (**D.E. 78**) updates this Court on the status of the Arbitration, and shows this Court as follows:

1. NuVasive, Inc. filed its Demand for Arbitration upon Christopher LeDuff ("LeDuff"), Gregory Soufleris ("Soufleris"), and Absolute Medical Systems, LLC ("AMS") on or about July 20, 2020. Defendants filed their Answer on or about August 11, 2020. The Arbitration panel has entered a Preliminary Joint Scheduling Order setting various deadlines for the arbitration and setting the evidentiary hearing for June 8-11, 2021.

2. The parties have completed initial written discovery.

3. The parties reached a tentative settlement agreement, however, there was an impasse as to final form regarding some terms. The dispute was presented to the Arbitration Panel for resolution and/or resetting of pending depositions. The Arbitration Panel entered an Order

1

on April 1, 2021 denying NuVasive, Inc.'s Motion to Enforce Settlement and ordered the parties to reset deadlines to complete discovery. The Panel did not reset the hearing dates at this time.

Dated: April 2, 2021.

    Respectfully submitted,

*/s/ Christopher Y. Mills*
Christopher Y. Mills, Esq.
Florida Bar No. 72207
BUSCH, MILLS & SLOMKA, LLP
319 Clematis Street, Suite 109
West Palm Beach, Florida 33401
(561) 408-0019
cm@bsms.law

*/s/ Bryan Busch*   (*pro hac vice*)
Bryan Busch, Esq.
GA Bar No. 006055
BUSCH, MILLS & SLOMKA, LLP
6400 Powers Ferry Road, NW
Suite 391
Atlanta, Georgia 30339
(404) 800 400-4062
bb@bsms.law

*Attorneys for Defendants, Christopher LeDuff, Gregory Soufleris, and Absolute Medical Systems, LLC*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2nd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record and CM/ECF participants.

R. Craig Mayfield, Esquire
Diana Evans, Esquire
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
cmayfield@bradley.com
Dnevans@bradley.com

Christopher W. Cardwell, Esquire (*pro hac vice*)
Mary Taylor Gallagher, Esquire *(pro hac vice)*
M. Thomas McFarland, Esquire (*pro hac vice*
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
ccardwell@gsrm.Com
mtgallagher@gsrm.com
tmcfarland@gsrm.com

*Attorneys for Plaintiff NuVasive, Inc.*

                */s/ Bryan Busch*
                Bryan Busch, Esq.
                *Pro Hac Vice*